IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–00375–EWN–CBS

JOHN R. BUMP,

    Plaintiff,

v.

TIMOTHY BUXTON, and
WERNER ENTERPRISES, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion for Relief From Participation in Court Settlement Conference (*doc. no. 12*) is **DENIED**. The court has not set a settlement conference in the above captioned matter.

    IT IS FURTHER ORDERED that in light of parties representations that they intend on participating in a JAG settlement conference, the court will convert the scheduling conference set for **May 24, 2006 at 8:30 a.m.** into a telephonic status conference.

    Parties are **not** required to submit their individual confidential settlement statement(s) and a proposed scheduling order in accordance with the Court's Minute Order dated April 18, 2006.

### **INSTRUCTIONS FOR TELEPHONIC PARTICIPATION**

Parties are directed to consult with each other, prior to the set hearing, to make arrangements for <u>one complete</u> conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

    Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:**    May 17, 2006