IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–00375–EWN–CBS

JOHN R. BUMP,

    Plaintiff,

v.

TIMOTHY BUXTON, and
WERNER ENTERPRISES, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Vacate Court Settlement Conference (*doc. no. 28)* is **GRANTED**. The settlement conference set for September 11, 2006, is **VACATED**.

    IT IS FURTHER ORDERED that 72 hours after attending the JAG settlement conference, parties are to submit a status report with this court. Additionally, parties are directed to contact Chambers at **303.844.2117** if they feel the Court can be of assistance in setting a further settlement conference.

**DATED:**    August 21, 2006