IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00375–EWN–CBS

JOHN R. BUMP,

     Plaintiff,

v.

TIMOTHY BUXTON, and
WERNER ENTERPRISES, INC.,

     Defendants.

## ORDER SETTING FINAL PRETRIAL CONFERENCE

It appears that the dispositive motion deadline was November 3, 2006, and no dispositive motions have been filed.  Accordingly, it is

**ORDERED** as follows:

1. The court will hold a Final Pretrial Conference commencing at 9:30 o'clock a.m. on Friday, December 22, 2006, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will (1) follow the Instructions for Preparation and Submission of Final Pretrial Order, a copy of which can be downloaded from the court's web site, specifically

http://www.cod.uscourts.gov/forms/ewn_fin_pre_ord_ins.pdf and (2) utilize the specific template

located at http://www.co.uscourts.gov/forms/ewn_fin_pre_ord.wpd.  These specific web

addresses should be used to insure that the proper format is observed.

Dated this 7th day of November, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge