**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00375-EWN-CBS

JOHN R. BUMP,

    Plaintiff,

v.

TIMOTHY BUXTON; and
WERNER ENTERPRISES, INC.,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    THIS MATTER came before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice (the "Motion"). The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby GRANTS the Motion.

    IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice, with each party to bear its own costs and attorneys' fees.

    SIGNED this 7th day of December, 2006.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        District Court Judge